UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, *et al.*,<br><br>　　　　Defendants. | Case No.  2:24-cv-1596-TLN-JDP (P)<br><br>ORDER TO SHOW CAUSE |

　　　　On July 18, 2025, the court referred this case to Alternative Dispute Resolution ("ADR") and stayed it for 120 days. ECF No. 25. The court also ordered defendants to, within forty-five days, either file a motion to opt out of ADR or to contact the undersigned's courtroom deputy to schedule a settlement conference. *Id.* On August 25, 2025, the court granted defendants' request for a fourteen-day extension of time to comply with the July 18 order. ECF No. 28. To date, defendants have neither filed a motion to opt out of ADR nor contacted the undersigned's courtroom deputy.

　　　　Defendants will be ordered to show cause why sanctions should not be imposed for their failure to timely respond to the court's July 18 order. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

1

Accordingly, it is hereby ORDERED that:

1. Defendants shall show cause, by no later than November 11, 2025, why sanctions should not be imposed for failure to timely comply with the court's July 18, 2025 order.

2. By no later than November 11, 2025, defendants shall either file a motion to opt out of ADR or notify the court that they wish to schedule a settlement conference.

IT IS SO ORDERED.

Dated:    November 4, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE