IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN GALLEGOS,**<br><br>Plaintiff,<br><br>v.<br><br>**MA, et al.,**<br><br>Defendants. | Case No. 2:24-cv-1596-TLN-JDP<br><br>[PROPOSED] **ORDER GRANTING MOTION TO OPT OUT OF EARLY ADR SETTLEMENT CONFERENCE** |

    Plaintiff Benjamin Gallegos, proceeding pro se, brings an Eighth Amendment deliberate indifference claim against Defendants Ma and McCune.[1] On November 7, 2025, Defendants filed a motion to opt out of participating in the Court's Post-Screening Alternative Dispute Resolution (ADR) Project based on defense counsel's investigation to date of Plaintiff's claims, and after consultation with defense counsel's supervisor and with Plaintiff. Having reviewed Defendants' motion, and good cause appearing, the Court GRANTS Defendants' request to opt out of the Post-Screening ADR Program, ECF No. 33. The Court will issue a Discovery and Scheduling Order in a separate order.

---

[1] Good cause appearing, the court discharges the November 4, 2025 order to show cause.

1

[Proposed] Order (2:24-cv-01596-TLN-JDP)

1
2  IT IS SO ORDERED.
3
4  Dated:   November 26, 2025    
                                                 JEREMY D. PETERSON  
                                                 UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28