UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS,<br>Plaintiff,<br>v.<br>MA, *et al.*,<br>Defendants. | Case No. 2:24-cv-1596-TLN-JDP (P)<br><br>ORDER |

Defendants have filed a motion to modify the scheduling order and to nunc pro tunc extend the time to respond to plaintiff's discovery requests. ECF No. 43. Good cause being shown, their motion is granted.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants shall have until July 21, 2026, to respond to plaintiff's written discovery requests.

2. The new deadline for completing discovery, including the filing of any motions to compel, is set to August 6, 2026.

3. The new deadline for filing dispositive motions is November 2, 2026.

IT IS SO ORDERED.

Dated: July 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE