IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN GALLEGOS,**<br>Plaintiff,<br>**v.**<br>**MA, et al.,**<br>Defendants. | Case No. 2:24-cv-1596-TLN-JDP (PC)<br>~~**[PROPOSED]**~~ **ORDER** |

Pending before the Court is Defendants' motion to modify the Discovery and Scheduling Order in order to extend the dispositive motion deadline by forty-five days. Good cause appearing, it is hereby ordered that Defendants' motion is GRANTED. The dispositive motion deadline shall be reset to December 16, 2026.

IT IS SO ORDERED.

Dated: November 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE